# JACOBOWITZ AND GUBITS LLP
### COUNSELORS AT LAW

October 19, 2022

Gerald N. Jacobowitz**
David B. Gubits**
Howard Protter
Donald G. Nichol**
Larry Wolinsky**
J. Benjamin Gailey
John C. Cappello
George W. Lithco**
Michele L. Babcock
Gary M. Schuster
Marcia A. Jacobowitz**
Kara J. Cavallo
Kelly A. Pressler
Michele P. Ellerin*
Jessica M. Mahoney
Michael Wagner*
Cynthia J. Hand
Lauren E. Scott
Eric B. Wharton
Andrew L. Boughrum
William E. Podszus
Rebecca C. Johnson
Rachel J. Rosenwasser
Krystle N. Butcher

*Also admitted in NJ
**OF COUNSEL

**REPLY TO:**
**158 Orange Avenue
P.O. Box 367
Walden, NY 12586
tel. (845) 778-2121
fax (845) 778-5173**

548 Broadway
Monticello, NY 12701
tel. (845) 791-1765
fax (845) 794-9781

JACOBOWITZ.COM

**VIA ECF:**
Hon. Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
White Plains, New York   10601-4140

RE:   Shem Olam LLC v. Town of Ramapo, et al
       Adversary Proceeding No. 22-07040-shl
       Our File No. 13915-90H

Dear Judge Lane:

This office represents the Town of Ramapo and the Board of Assessment Review of the Town of Ramapo in the above-referenced adversary proceeding. As per today's court conference, the briefing schedule on the Town's motion to dismiss the adversary proceeding and remand to the State Court is as follows:

- Debtor/Petitioner's opposition to motion to dismiss within 21 days or on or before November 9, 2022;
- Town of Ramapo/Board of Assessment Review's reply in support of motion within 14 days of filing of debtor's opposition;
- Hearing date:  December 13, 2022 at 10:00 a.m.

Very truly yours,

Kara J. Cavallo

**SO ORDERED:**

Date: _____, 2022

_____
Hon. Sean H. Lane
United States Bankruptcy Judge

cc:   Steven B. Eichel, Esq. (via ECF)
       Richard H. Sarajian, Esq. (via ECF)